| Case | Number | Date | Judges | Disposition |
|---|---|---|---|---|
| Hardy v. State | 41A01–1605–CR–1012 | 04/12/2017 | BARTEAU, Sr.J. MATHIAS, J. BARNES, J. | Affirmed Concurs Concurs |
| Smith v. State | 73A01–1605–CR–1112 | 04/12/2017 | MAY, J. NAJAM, J. BAILEY, J. | Affirmed Concurs Concurs |
| Viers v. State | 20A03–1609–CR–2106 | 04/12/2017 | PYLE, J. BAKER, J. MATHIAS, J. | Affirmed Concurs Concurs |
| C.T.W., Matter of | 02A03–1609–JC–2068 | 04/12/2017 | BROWN, J. VAIDIK, C.J. BRADFORD, J. | Affirmed Concurs Concurs |
| Macy v. State | 49A05–1601–PC–100 | 04/12/2017 | BAKER, J. MATHIAS, J. PYLE, J. | Affirmed Concurs Concurs |
| Foncannon Tax & Financial Services, LLC v. Stephen C. Gubler, P.C. | 82A05–1606–CC–1263 | 04/12/2017 | BAILEY, J. ROBB, J. VAIDIK, C.J. | Reversed and Remanded Concurs Concurs in result without opinion |
| Reid v. State | 16A01–1611–CR–2554 | 04/12/2017 | ALTICE, J. KIRSCH, J. MATHIAS, J. | Affirmed Concurs Concurs |
| Jones v. State | 51A04–1606–CR–1420 | 04/12/2017 | ALTICE, J. KIRSCH, J. MATHIAS, J. | Affirmed Concurs Concurs |
| Doll v. Guy | 91A02–1611–PL–2748 | 04/12/2017 | ALTICE, J. KIRSCH, J. MATHIAS, J. | Affirmed Concurs Concurs |
| D.H., In re | 32A04–1611–JT–2489 | 04/12/2017 | PYLE, J. MAY, J. BROWN, J. | Affirmed Concurs Concurs |
| West v. State | 84A04–1611–CR–2535 | 04/12/2017 | BAILEY, J. VAIDIK, C.J. ROBB, J. | Affirmed Concurs Concurs |